**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **PHARMAGREEN BIOTECH, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **98-0491567** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **2987 BLACKBEAR COURT**<br>**COQUITLAM BC V3E 3A2**<br>**CANADA** |
| **12 NORTH CURRY STREET**<br>**Carson City, NV 89703**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Carson City**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **PHARMAGREEN BIOTECH, INC.**

Name

Case number (*if known*) _____

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District | When | Case number |
| _____ | _____ | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

---

Debtor    **PHARMAGREEN BIOTECH, INC.**    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

            Contact name        _____

            Phone                   _____

---

■    **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **PHARMAGREEN BIOTECH, INC.**                              Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  7, 2020**
               MM / DD / YYYY

**X** **/s/ PETER WOJCIK**                                    **PETER WOJCIK**
Signature of authorized representative of debtor              Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X** **/s/ Thomas E. Crowe**                        Date **August  7, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Thomas E. Crowe**
Printed name

**THOMAS E. CROWE PROFESSIONAL LAW CORPORATION**
Firm name

**2830 S. JONES BLVD, SUITE 3**
**Las Vegas, NV 89146**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 794-0373**    Email address    **tcrowe@thomascrowelaw.com**

**3048 NV**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **PHARMAGREEN BIOTECH, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ACTUS FUND LLC**<br>**545 BOYLSTON STREET, 2ND FLOOR**<br>**Boston, MA 02116**<br><br>Date(s) debt was incurred  2/4/2020<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONVERTIBLE NOTE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**ADAR ALEF LLC**<br>**38 OLYMPIA LANE**<br>**Monsey, NY 10952**<br><br>Date(s) debt was incurred  1/21/2020<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONVERTIBLE NOTE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$66,150.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**BHP CAPITAL**<br>**17501 BISCAYNE BLVD, STE 510**<br>**Miami, FL 33180**<br><br>Date(s) debt was incurred  1/22/2020<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONVERTIBLE NOTE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$55,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**CLARK COUNTY ASSESSOR**<br>**C/O BANKRUPTCY CLERK**<br>**500 S. GRAND CENTRAL PKWY**<br>**BOX 551401**<br>**Las Vegas, NV 89155**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

Debtor   **PHARMAGREEN BIOTECH, INC.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

3.5
**Nonpriority creditor's name and mailing address**
**CLARK COUNTY TREASURER**
**C/O BANKRUPTCY CLERK**
**500 S. GRAND CENTRAL PKWY**
**P.O. BOX 551220**
**Las Vegas, NV 89155-1220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

3.6
**Nonpriority creditor's name and mailing address**
**CROWN BRIDG PARTNERS**
**1173A 2ND AVE., STE 126**
**New York, NY 10065**

Date(s) debt was incurred  **2/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.               **$370,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONVERTIBLE NOTE**

Is the claim subject to offset? ■ No ☐ Yes

---

3.7
**Nonpriority creditor's name and mailing address**
**DEPT. OF EMPLOYMENT, TRAINING &**
**REHAB**
**EMPLOYMENT SECURITY DIVISION**
**500 EAST THIRD STREET**
**Carson City, NV 89713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

3.8
**Nonpriority creditor's name and mailing address**
**EMA FINANCIAL**
**40 WALL STREET**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$78,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONVERTIBLE NOTE**

Is the claim subject to offset? ■ No ☐ Yes

---

3.9
**Nonpriority creditor's name and mailing address**
**GS CAPITAL PARTNERS, LLC**
**30 WASHINGTON STREET, STE. 5L**
**Brooklyn, NY 11201**

Date(s) debt was incurred  **1/23/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$61,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONVERTIBLE NOTE**

Is the claim subject to offset? ■ No ☐ Yes

---

3.10
**Nonpriority creditor's name and mailing address**
**INTERNAL REVENUE SERVICE**
**P.O. BOX 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

3.11
**Nonpriority creditor's name and mailing address**
**LG CAPITAL FUNDING LLC**
**1218 UNION STREET, STE. 2**
**Brooklyn, NY 11225**

Date(s) debt was incurred  **1/22/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$78,750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONVERTIBLE NOTE**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PHARMAGREEN BIOTECH, INC.**    Case number (if known) _____
　　　　　　Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**3.12**  Nonpriority creditor's name and mailing address
**OSCALETA PARTNERS, LLC**
**381 W. MOUNTAIN RD.**
**Ridgefield, CT 06877-2920**

Date(s) debt was incurred  __11/2/2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$40,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONVERTIBLE NOTE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13**  Nonpriority creditor's name and mailing address
**POWERUP**
**111 GREAT NECHK ROAD, SUITE 213**
**Great Neck, NY 11021**

Date(s) debt was incurred  _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$56,975.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONVERTIBLE NOTES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address
**SECRETARY OF THE TREASURY**
**1500 PENNSYLVANIA AVE. NW**
**Washington, DC 20220**

Date(s) debt was incurred  _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address
**SECURITIES AND EXCHANGE COMMISSION**
**LOS ANGELES REGIONAL OFFICE**
**4444 SOUTH FLOWER STREET, SUITE 900**
**Los Angeles, CA 90070**

Date(s) debt was incurred  _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address
**UNITED STATES TRUSTEE**
**300 LAS VEGAS BVLD., SOUTH**
**SUITE 4300**
**Las Vegas, NV 89101**

Date(s) debt was incurred  _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

　　If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 905,875.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 905,875.00 |

# United States Bankruptcy Court
### District of Nevada

In re   **PHARMAGREEN BIOTECH, INC.**                      Case No.

Debtor(s)              Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **2679368 ONTARIO INC.**<br>**23 WILTON CRESTCENT**<br>**OTTOWA ON K1S 2T4**<br>**CANADA** | **COMMON STOCK** | **458,500** | **.484%** |
| **ADRIEN SCHEER**<br>**27212 110 AVE.**<br>**MAPLE RIDGE BC V2W 1P5**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **ALEXANDER NIKITIN**<br>**18 AERODROMNAYA ST., APT. 48**<br>**MOSCOW 125363**<br>**UNION OF SOVIET SOCIALIST REPUBLIC** | **COMMON STOCK** | **5,000** | **.005%** |
| **ALEXEY MELIKDZHANOV**<br>**78/4 KASHIRSKOYE SHOSSE, APT 340**<br>**MOSCOW 115409**<br>**UNION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |
| **ALLIANCE GROWERS INC.**<br>**SUITE 500-666 BURRARD ST.**<br>**VANCOUVER BC V6C 3P6**<br>**CANADA** | **COMMON STOCK** | **1,200,000** | **1.266%** |
| **ANDREY YAKUNIN**<br>**2ND LOMONOSOVA ST, 4**<br>**BRYANSK 241019**<br>**UNION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |
| **ANDREY YASHNIKOV**<br>**2ND OZERNAYA ST, 9**<br>**ORENBURG 460037**<br>**UNIION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |
| **ANN-MARIE DELAWSKY**<br>**833 DRAYTON STREEET**<br>**NORTH VANCOUVER BCK V7L 2C2**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **ANNETTE SAVAGE**<br>**5620 PTARMIGAN PLACE**<br>**NORTH VANCOUVER BC V7R 4S3**<br>**CANADA** | **COMMON STOCK** | **80,000** | **.084%** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:  **PHARMAGREEN BIOTECH, INC.** _____        Case No. _____
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ANTHONY NEUMEYER**<br>**718-333 BROOKSBANK AVE. $301**<br>**NORTH VANCOUVER BC  V7J 3V8**<br>**CANADA** | **COMMON STOCK** | **200,000** | **.211%** |
| **ANTON TURCHANINOV**<br>**60 SEVANSKAYA ST. APT. 55**<br>**MOSCOW 115516**<br>**UNION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |
| **ARCHER BAKERVILLE**<br>**323 HAWTHORNE AVE.**<br>**Richmond, VA 23222** | **COMMON STOCK** | **1,102,000** | **1.162%** |
| **ARNOLD LEONORA**<br>**7453 WOODRUFF WAY**<br>**Stone Mountain, GA 30087** | **COMMON STOCK** | **150,000** | **.158%** |
| **ASHWAN RAVINDRIA SINGH**<br>**15571 89B AVE**<br>**SURREY BC V3R 0R2**<br>**CANADA** | **COMMON STOCK** | **300,000** | **.316%** |
| **ASIA DAWN FIDDIS**<br>**3780 MANOR ST.**<br>**BURNABY BC V5G 1A6**<br>**CANADA** | **COMMON STOCK** | **100,000** | **.105%** |
| **ATLANTA COACH, INC.**<br>**2020 HOWELL MILL ROAD, STE 164**<br>**Atlanta, GA 30318** | **COMMON STOCK** | **5,000** | **.005%** |
| **BART WALCZYKOWSKI**<br>**115 VERNON CRES**<br>**REGINA SK S4R 7S8**<br>**CANADA** | **COMMON STOCK** | **3,300,000** | **3.481%** |
| **BRIAN W. DANARD**<br>**33451 CARDINAL STREET**<br>**MISSION BC VS4 1L3**<br>**CANADA** | **COMMON STOCK** | **120,000** | **.127%** |
| **CAPITAL EVENT MANAGEMENT LTD.**<br>**C/O NIEL CURRIER, PARTNER**<br>**#100-736 GRANVILLE ST.**<br>**CANADA** | **COMMON STOCK** | **80,000** | **.084%** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:   **PHARMAGREEN BIOTECH, INC.** _____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CARYLON ZARUK**<br>**16270 36A AVENUE**<br>**SURREY BC V3S 0X5**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **CEDE & CO**<br>**570 WASHINGTON BLVD.**<br>**Jersey City, NJ 07310** | **COMMON STOCK** | **17,933,435** | **18.916%** |
| **CHADWICK FRIESEN**<br>**3648 FROMME RD.**<br>**NORTH VANCOUVER BC V7K 2E5**<br>**CANADA** | **COMMON STOCK** | **120,000** | **.127%** |
| **CHARLES V. HOOVER JR.**<br>**51965 RAY DRIVE**<br>**Granger, IN 46530** | **COMMON STOCK** | **187,000** | **.197%** |
| **CHARLOTTE TANNER**<br>**322-1027 DAVIE ST.**<br>**VANCOUVER BC V6E 412**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **CHERYL STUBBINS**<br>**211-9300 PARKSVILLE DRIVE**<br>**RICHMOND BC V7E 4N9**<br>**CANADA** | **COMMON STOCK** | **24,000** | **.025%** |
| **CHRISTOPH KIND**<br>**3738 MINTO RD.**<br>**COURTENAY BC V9N 9P8**<br>**CANADA** | **COMMON STOCK** | **830,000** | **.875%** |
| **CITY VAC.**<br>**205 NORFOLD PLACE**<br>**Kissimmee, FL 34747** | **COMMON STOCK** | **500** | **.001** |
| **COAL HARBOUR CONSULTING, INC.**<br>**510 999 W. HASTINGS ST.**<br>**VANCOUVER BC V6C 2W2**<br>**CANADA** | **COMMON STOCK** | **5,000** | **.005%** |
| **CONSTANCE DOMICELA FAULKNER**<br>**2403-2789 SHAUGHNESSY STREET**<br>**PORK COQUITLAM BC V3C 0C3**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |

In re:    **PHARMAGREEN BIOTECH, INC.**                                    Case No. _____

_____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CORLISS LAWSON**<br>**275 LEE STREET**<br>**Fayetteville, GA 30214** | **COMMON STOCK** | **2,000** | **.002%** |
| **CORNELIUS GIESBRECHT**<br>**12293 CARDINAL STREET**<br>**MISSION BC V4S 1L2**<br>**CANADA** | **COMMON STOCK** | **100,000** | **.105%** |
| **CRUZ ERNESTOS HARRSION FIDDIS**<br>**3780 MANOR ST.**<br>**BURNABY BC V5G 1A6**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **DALE HERMAN**<br>**16642 79B AVE.**<br>**SURREY BC V4N 0J2**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **DANCING LIGHT CONSULTING**<br>**D1-1100 W. 6TH AVE.**<br>**VANCOUVER BC V6H 1A4**<br>**CANADA** | **COMMON STOCK** | **160,000** | **.169%** |
| **DARREN MATHER**<br>**#105-487 JUBILEE STREET**<br>**DUNCAN BC V9L 1X1**<br>**CANADA** | **COMMON STOCK** | **52,500** | **.055%** |
| **DAWN NAGAI**<br>**431 DECAIRE STREET**<br>**COQUITLAM BC V3K 5A1**<br>**CANADA** | **COMMON STOCK** | **25,000** | **.26%** |
| **DEAN PAUL MALLEL**<br>**1311 APPIN ROAD**<br>**NORTH VANCOUVER BC V7J 2T4**<br>**CANADA** | **COMMON STOCK** | **10,000** | **.011%** |
| **DENISE ADELE KELLEY**<br>**21485 RIVER ROAD**<br>**MAPLE RIDGE BC V2X 2B5**<br>**CANADA** | **COMMON STOCK** | **30,000** | **.032%** |
| **DHARMESH SISODRAKER**<br>**1127 CROFT RD.**<br>**NORTH VANCOUVER BC V7K 1K2**<br>**CANADA** | **COMMON STOCK** | **120,000** | **.127%** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:    **PHARMAGREEN BIOTECH, INC.** _____    Case No. _____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DIANNE ROSIEK**<br>**1343 132 B. STREET**<br>**SURREY BC V4A 4C2**<br>**CANADA** | **COMMON STOCK** | **170,000** | **.179%** |
| **DOUG BLACK**<br>**5600 - 14TH LINE**<br>**COOKSTOWN ON L0L 1L0**<br>**CANADA** | **COMMON STOCK** | **30,000** | **.032%** |
| **DOWNSHIRE CAPITAL INC. /CO DAVE HERBERT**<br>**1980 SHERBROOK STREET, W. STE. 1110**<br>**MONREAL H3H 2E8**<br>**NETHERLANDS ANTILLES** | **COMMON STOCK** | **1,500** | **.002** |
| **DR. WLADYSLAW WOJCIK MED PROF CORP.**<br>**1600 DEWDNEY AVE. EAST**<br>**REGINA SK S4N 4Y5**<br>**CANADA** | **COMMON STOCK** | **5,900,000** | **6.223%** |
| **ELOUISE KATHERINE JOHNSON**<br>**9443 MANZER ST.**<br>**MISSION BC V4S 1K2**<br>**CANADA** | **COMMON STOCK** | **200,000** | **.211%** |
| **EMERGING MARKETS CONSULTING LLC**<br>**15701 STATE RD. 50, STE. 205**<br>**Clermont, FL 34711** | **COMMON STOCK** | **75,000** | **.079%** |
| **EMMA KATHLEEN STOTHERT**<br>**6588 HUM-LU-SUM DRIVE**<br>**VANSOVUER BC V6N 4N9**<br>**CANADA** | **COMMON STOCK** | **80,000** | **.084%** |
| **EVELYN HUNTJENS**<br>**2150 SHAWNIGAN LAKE ROAD**<br>**SHAWNIGAN LAKE BC V0R 2W5**<br>**CANADA** | **COMMON STOCK** | **302,500** | **.319%** |
| **EVGENIY SIDYAK**<br>**14/2 LAZO ST. APT. 15**<br>**MOSCOW 4600371113**<br>**UNION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |

In re:    **PHARMAGREEN BIOTECH, INC.** _____    Case No. _____
                                         Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FAWAZIA AFREEN**<br>**#1005-12069 HARRIS ROAD**<br>**PITT MEADOWS BC V3Y 0C8**<br>**CANADA** | **COMMON STOCK** | **2,000,000** | **2.110%** |
| **GARY SHIRINYAN**<br>**5632 VAN NUYS BLVD. #622**<br>**Van Nuys, CA 91401-4602** | **COMMON STOCK** | **154,093** | **.163%** |
| **GIUSEPPE FUOCO**<br>**2590 E. 8TH AVE.**<br>**VANCOUVER BC V5M 1W2**<br>**CANADA** | **COMMON STOCK** | **10,000** | **.011%** |
| **GLEN TAUBER**<br>**21 RIDGEBROOK WAY**<br>**SHERWOOD PARK AB T8A 6M1**<br>**CANADA** | **COMMON STOCK** | **100,000** | **.105%** |
| **GLENN DUFFY**<br>**8421 MURRAY CT.**<br>**Sanford, FL 32771** | **COMMON STOCK** | **3,000** | **.003%** |
| **GMP SECURITIES LP**<br>**ITF CHRISTOPHER TURNER**<br>**145 KING ST. WEST, STE. 300**<br>**TORNOTO ON M5H 1J8**<br>**CANADA** | **COMMON STOCK** | **500,000** | **.527%** |
| **GORDON JANG**<br>**1388 WEST 55TH AVE.**<br>**VANCOUVER BC V6P 1R2**<br>**CANADA** | **COMMON STOCK** | **400,000** | **.422%** |
| **GREG RAHN**<br>**5911 CORMORANT COURT**<br>**RICHMOND BC V7E 3P6**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **HARMAIL CHAHAL**<br>**17058 79A AVE.**<br>**SURREY BC V4N 0C6**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **HARVEY LAROCHELLE**<br>**341 EST 26**<br>**VANCOUVER BC V5V 2H4**<br>**CANADA** | **COMMON STOCK** | **1,226,786** | **1.294%** |

In re:    **PHARMAGREEN BIOTECH, INC.**                                    Case No. _____

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HARWINDER CHAHAL**<br>**17058 79A AVE.**<br>**SURREY BC V4N 0C6**<br>**CANADA** | **COMMON STOCK** | **164,000** | **.173%** |
| **HAZEL LILLIAN THOMPSON**<br>**P.O. BOX 20999**<br>**MAPLE RIDGE BC V2X 1P7**<br>**CANADA** | **COMMON STOCK** | **80,000** | **.084%** |
| **HUNTER ROSS MURRAY FIDDIS**<br>**3780 MANOR ST.**<br>**BURNABY BC V5G 1A6**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **JANIE ANN WONG**<br>**4835 SLOCAN STREET**<br>**VANCOUVER BC V5R 2A2**<br>**CANADA** | **COMMON STOCK** | **10,000** | **.011%** |
| **JEROME OLNEY**<br>**518-20THA VE. SW**<br>**CALGARY AB T2S 0E8**<br>**CANADA** | **COMMON STOCK** | **30,000** | **.032%** |
| **JESSICA WOJCIK**<br>**2987 BLACKBEAR COURT**<br>**COQUITLAM BC V3E 3A2**<br>**CANADA** | **COMMON STOCK** | **1,000,000** | **1.055%** |
| **JOERGE SCHWEITZER**<br>**SEIDENHOFSTRASSE 16**<br>**MUNICH 80639**<br>**GERMANY** | **COMMON STOCK** | **40,000** | **.042%** |
| **JOHEN LEMIEUX**<br>**2433 HIGHWAY 15**<br>**KINGSTON ON K7L 4V3**<br>**CANADA** | **COMMON STOCK** | **100,000** | **.105%** |
| **JOHN BECKETT**<br>**6220 APRIL BROOK CIRCLE**<br>**Columbia, MD 21045** | **COMMON STOCK** | **1,400** | **.001%** |
| **JONATHON ALEXANDER FAULKNER**<br>**#52-8193 WESTCOAST RD.**<br>**SOOKE BC V9Z 1H3**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |

In re:   **PHARMAGREEN BIOTECH, INC.** _____    Case No. _____
                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JORDAN WOJCIK**<br>**2987 BLACKBEAR COURT**<br>**COQUITLAM BC V3E 3A2**<br>**CANADA** | **COMMON STOCK** | **1,000,000** | **1.055%** |
| **JUDY ROSS**<br>**P.O. BOX 159**<br>**415 W. ESPLANADE**<br>**NORTH VANCOUVER BC V7M 1A6**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **JUHEE SUNGER**<br>**7301 18TH STREET**<br>**BURNABY BC V3N 2Z4**<br>**CANADA** | **COMMON STOCK** | **1,000,000** | **1.055%** |
| **KAYO TERADA**<br>**401 1855 EAST GEORGIA**<br>**VANCOUVER BC V5L 2B5**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **KEVIN JOSEPH ROLLMAN**<br>**2820 ALICE DRIVE**<br>**PRINCE GEORGE BC V2K 5W7**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **L2 CAPITAL LLC**<br>**411 DORADO BEACH EAST**<br>**DORADO PR 00646** | **COMMON STOCK** | **51,725** | **.055%** |
| **LASCE BURNS**<br>**74422 WOODRUFF WAY**<br>**Stone Mountain, GA 30087** | **COMMON STOCK** | **5,000** | **.005%** |
| **LAURIE ANN SMITH**<br>**232-7156 121 STREET**<br>**SURREY BC V3W 0J6**<br>**CANADA** | **COMMON STOCK** | **15,000** | **.016%** |
| **LEO J. VERLAAN**<br>**650 EVANS AVE.**<br>**VANCOUVER BC V6A 2K9**<br>**CANADA** | **COMMON STOCK** | **48,000** | **.051%** |
| **LEONNA WOJCIK**<br>**2987 BLACKBEAR COURT**<br>**COQUITLAM BC V3E 3A2**<br>**CANADA** | **COMMON STOCK** | **2,000,000** | **2.110%** |

List of equity security holders consists of 14 total page(s)

In re:   **PHARMAGREEN BIOTECH, INC.**                                    Case No. _____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LINDA L. GRAFF**<br>**8420 MURRAY CT.**<br>**Sanford, FL 32771** | **COMMON STOCK** | **100** | **.000%** |
| **LINDA LORENZO**<br>**65 FIRST STREET**<br>**NEW WESTMINISTER BC V3L 5K9**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **LISA L. TELFORD**<br>**#142 415 ESPLANADE AVE.**<br>**NORTH VANCOUVER BC V7M 1A6**<br>**CANADA** | **COMMON STOCK** | **60,000** | **.063%** |
| **LLOYD JONES**<br>**112-1715 PRITCHARD ROAD**<br>**COWICHAN BAY BC V0R 1N1**<br>**CANADA** | **COMMON STOCK** | **52,500** | **.055%** |
| **LOUIS SEKORA**<br>**121-2990 PRINCESS COURT**<br>**COQUITLAM BC V3B 7R3**<br>**CANADA** | **COMMON STOCK** | **10,000** | **.011%** |
| **LUCIA CRISTINA MONTANARI**<br>**1206-110 SWITCHMEN STREET**<br>**VANCOUVER BC V6A 0C6**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **MARDI BLACK**<br>**5600 - 14TH LINE**<br>**COOKSTOWN ON L0L 1L0**<br>**CANADA** | **COMMON STOCK** | **30,000** | **.032%** |
| **MARGARET POTEAT**<br>**601 PENNY LANE**<br>**Schwenksville, PA 19473** | **COMMON STOCK** | **150** | **.000%** |
| **MARILYNNE GARIEPY**<br>**306-6160 LONDON ROAD**<br>**RICHMON BC V7E 4J2**<br>**CANADA** | **COMMON STOCK** | **80,000** | **.084%** |
| **MARK WOJCIK**<br>**2767 SANDRINGHAM CRESCENT**<br>**REGINA SK S4V 3C9**<br>**CANADA** | **COMMON STOCK** | **1,320,000** | **1.392%** |

List of equity security holders consists of 14 total page(s)

In re:   **PHARMAGREEN BIOTECH, INC.**                                    Case No. _____
_____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MATT BULMER**<br>**#13 - 181 RAVINE DRIVE**<br>**PORT MOODY BC V3H 4T3**<br>**CANADA** | **COMMON STOCK** | **70,000** | **.074%** |
| **MICHAEL CRAWFORD**<br>**419 LINEMAN ACRES BAY NW**<br>**HIGH RIVER AB T1V 1Y1**<br>**CANADA** | **COMMON STOCK** | **152,500** | **.161%** |
| **MICHELLE NEUMEYER**<br>**718-333 BROKSBARN AVE., $307**<br>**NORTH VANCOUVER BC V7J 3V8**<br>**CANADA** | **COMMON STOCK** | **100,000** | **.105%** |
| **MILESTONE MANAGEMENT SERVICES, LLC**<br>**2831 ST. ROSE PKWY, SUTE. 200**<br>**Henderson, NV 89052** | **COMMON STOCK** | **22,000** | **.023%** |
| **NANCY L. MCKAY**<br>**4056 RIPPLE PLACE**<br>**EST VANCOUVER BC V7V 3L4**<br>**CANADA** | **COMMON STOCK** | **55,000** | **.058%** |
| **NATHAN HORNE**<br>**286 MISTYBROOK CR.**<br>**Stone Mountain, GA 30087** | **COMMON STOCK** | **5,000** | **.005%** |
| **OLGA MIGUNOVA**<br>**23 YABLOCHKOVA ST. APT. 153**<br>**MOSCOW 127332**<br>**UNION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |
| **PATRICIA ANNE THOMPSON**<br>**P.O. BOX 20999**<br>**MAPLE RIDGE BC V2X 1P7**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **PATRICK MICHAEL CASSIDY**<br>**54 WEXFORD WAY SW**<br>**54 WEXFORD WAY SW**<br>**CALGARY, T3H 0G9 AL** | **COMMON STOCK** | **100,000** | **.105%** |
| **PAULA HORNE**<br>**1471 HEATHERGLADE LANE**<br>**Lawrenceville, GA 30045** | **COMMON STOCK** | **5,000** | **.005%** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:    **PHARMAGREEN BIOTECH, INC.** _____    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PETER MACINNES**<br>**6471 LIVINGSTONE PLACE**<br>**RICHMOND BC V7C 5J 6**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **PETER WOJCIK**<br>**2987 BLACKBEAR COURT**<br>**COQUITLAM BC V3E 3AC**<br>**CANADA** | **COMMON STOCK** | **31,077,500** | **32.780%** |
| **RAELENE ADAMSON**<br>**33-11751 KING ROAD**<br>**RICHMOND BC V7A 3B5**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **RALPH BENSON HURLBUTT**<br>**30-77 WALTER HARDWICK AVE.**<br>**VANCOUVER BC V5Y 0C6**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **RAYMOND VAN EMPEL**<br>**385 198TH STREET**<br>**LANGLEY BC V2Z 0Y6**<br>**CANADA** | **COMMON STOCK** | **150,000** | **.158%** |
| **ROBERT A. JASPER**<br>**112-2475 W. 4TH AVE.**<br>**VANCOUBER BC V6K 1P4**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **ROBERT DAVID MCFARLANE**<br>**499 E. 48TH AVE.**<br>**VANCOUVER BC V5W 2E4**<br>**CANADA** | **COMMON STOCK** | **80,000** | **.084%** |
| **ROBERT SAUNDERS**<br>**2412 107 ST. NW**<br>**EDMONTON AB T6J 5S3**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **ROBERT SIM**<br>**921 BEAUMONT DRIVE**<br>**NORTH VANCOUVER BC V7R 1P5**<br>**CANADA** | **COMMON STOCK** | **60,000** | **.063%** |
| **ROBERT STEWART**<br>**3738 MINTO ROAD**<br>**COURTENAY BC V9N 9P8**<br>**CANADA** | **COMMON STOCK** | **3,732,500** | **3.937%** |

List of equity security holders consists of 14 total page(s)

In re:   **PHARMAGREEN BIOTECH, INC.**                                    Case No. _____
                                     Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROBERT W. PROBERT**<br>**7944 256TH STREET**<br>**LANGLEY BC V1M 2M8**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **RONALD FUND**<br>**3750 MURPHY STREET**<br>**ABBOTSFORD BC V2S 7V6**<br>**CANADA** | **COMMON STOCK** | **80,000** | **.084%** |
| **SAKUNTALA DEVI-PROBERT**<br>**7944 256TH STREET**<br>**LANGLEY BC V1M 2M8**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **SEAN MCPHEE**<br>**431 DECAIRE STREET**<br>**COQUITLAM BC V3K 5A1**<br>**CANADA** | **COMMON STOCK** | **25,000** | **.026%** |
| **SERGEY KLUCHNIKOV**<br>**60 SEVANSKAYA ST. APT 55**<br>**MOSCOW 115516**<br>**UNION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |
| **STAN FIDDIS**<br>**3780 MANOR ST.**<br>**BURNABY BC V5G 1A6**<br>**CANADA** | **COMMON STOCK** | **2,370,000** | **2.50%** |
| **STEPHEN A. MELLOWS**<br>**1730-808 NELSON STREET**<br>**VANCOUVER BC V6Z 2H2**<br>**CANADA** | **COMMON STOCK** | **20,000** | **.021%** |
| **SUMAN LATA PRASAD**<br>**7551 IMPERIAL STREET**<br>**BURNABY BC V5E 1P3**<br>**CANADA** | **COMMON STOCK** | **100,000** | **.105%** |
| **SUSAN DOUGLAS**<br>**C/O ABL GROUP**<br>**7458 WOODRUFF WAY**<br>**Stone Mountain, GA 30087** | **COMMON STOCK** | **1,600** | **.002%** |
| **TERRENCE H. MCKAY**<br>**4056 RIPPLE PLACE**<br>**WEST VANCOUVER BC V7V 3L4**<br>**CANADA** | **COMMON STOCK** | **55,000** | **.058%** |

List of equity security holders consists of 14 total page(s)

In re:    **PHARMAGREEN BIOTECH, INC.**                                Case No. _____

                                                                      Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **THELMA LEONORA**<br>**7453 WOODRUFF WAY**<br>**Stone Mountain, GA 30087** | **COMMON STOCK** | **5,000** | **.005%** |
| **TK INVESTMETNS LTD**<br>**6118 NORTH PARK PLACE**<br>**SURREY BC V3X 2A8**<br>**CANADA** | **COMMON STOCK** | **5,000,000** | **5.274%** |
| **VERN DICKAU**<br>**61 CRANRIDGE HEIGHTS SE**<br>**CALGARY ABL T3M 0C1**<br>**CANADA** | **COMMON STOCK** | **217,500** | **.229%** |
| **VERNE ALVIN FIDDIS**<br>**102-225 W. 8TH AVE.**<br>**VANCOUVER BC V5Y 1N3**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **VERNON DICKAU**<br>**61 CRANRIDGE HEIGHTS SE.**<br>**CALGARY AB T3M 0L1**<br>**CANADA** | **COMMON STOCK** | **200,000** | **.211%** |
| **VICTORIA ROSIEK**<br>**1343 132 B STREET**<br>**SURREY BC V4A 4C2**<br>**CANADA** | **COMMON STOCK** | **72,000** | **.076%** |
| **WARREN GLASS**<br>**2204-9500 ERIKSON DR.**<br>**BURNABY BC V3J 1M8**<br>**CANADA** | **COMMON STOCK** | **200,000** | **.211%** |
| **WILLIAM A. BASKERVILLE**<br>**12418 GUY GUISBORNE**<br>**Schertz, TX 78154** | **COMMON STOCK** | **20,000** | **.021%** |
| **WILLIAM TURNER FAULKNER**<br>**2403-2789 SHAUGHNESSY STREET**<br>**PORT COQUITLAM BC V3C 0C3**<br>**CANADA** | **COMMON STOCK** | **50,000** | **.053%** |
| **WLADYSLAW WOJCIK**<br>**9 PALMER CRES**<br>**EMERALD PARK SK S4L 1A3**<br>**CANADA** | **COMMON STOCK** | **4,830,000** | **5.095%** |

In re:  **PHARMAGREEN BIOTECH, INC.**                                    Case No. _____

_____
          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WYN STOTHERT**<br>**6588 HUM-LU-SUM DRIVE**<br>**VANCOUVER BC V6N 4N9**<br>**CANADA** | **COMMON STOCK** | **40,000** | **.042%** |
| **YURY MIGUNOV**<br>**23 YABLOCHKOVA ST., APT. 153**<br>**MOSCOW 127332**<br>**UNION OF SOVIET SOCIALIST REPUBLICS** | **COMMON STOCK** | **5,000** | **.005%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August  7, 2020**                              Signature  **/s/ PETER WOJCIK**
                                                                    **PETER WOJCIK**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re    **PHARMAGREEN BIOTECH, INC.**

                                    Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  7, 2020**

**/s/ PETER WOJCIK**
**PETER WOJCIK/PRESIDENT**
Signer/Title

PHARMAGREEN BIOTECH, INC.
12 NORTH CURRY STREET
Carson City, NV 89703

Thomas E. Crowe
THOMAS E. CROWE PROFESSIONAL LAW CORPORATION
2830 S. JONES BLVD, SUITE 3
Las Vegas, NV 89146

ACTUS FUND LLC
545 BOYLSTON STREET, 2ND FLOOR
Boston, MA 02116

ADAR ALEF LLC
38 OLYMPIA LANE
Monsey, NY 10952

BHP CAPITAL
17501 BISCAYNE BLVD, STE 510
Miami, FL 33180

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
Las Vegas, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
Las Vegas, NV 89155-1220

CROWN BRIDG PARTNERS
1173A 2ND AVE., STE 126
New York, NY 10065

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
Carson City, NV 89713

EMA FINANCIAL
40 WALL STREET
New York, NY 10005

GS CAPITAL PARTNERS, LLC
30 WASHINGTON STREET, STE. 5L
Brooklyn, NY 11201

INTERNAL REVENUE SERVICE
P.O. BOX 7346
Philadelphia, PA 19101-7346

LG CAPITAL FUNDING LLC
1218 UNION STREET, STE. 2
Brooklyn, NY 11225

OSCALETA PARTNERS, LLC
381 W. MOUNTAIN RD.
Ridgefield, CT 06877-2920

POWERUP
111 GREAT NECHK ROAD, SUITE 213
Great Neck, NY 11021

SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE. NW
Washington, DC 20220

SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
4444 SOUTH FLOWER STREET, SUITE 900
Los Angeles, CA 90070

UNITED STATES TRUSTEE
300 LAS VEGAS BVLD., SOUTH
SUITE 4300
Las Vegas, NV 89101